# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# NO. 1:19-CV-118-GCM

| | |
|---|---|
| LISA JEANETTE STEPP, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| NANCY A. BERRYHILL, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court upon the Plaintiff's Motion to Dismiss ("Motion") (Doc. No. 10) pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendant does not object to Plaintiff's Motion. For good cause shown, Plaintiff's Motion is **GRANTED**. Accordingly, this case is **DISMISSED**.

**SO ORDERED.**

Signed: August 6, 2020

Graham C. Mullen
United States District Judge